IN THE CIRCUIT COURT FOR THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

JESSICA BISHOP,

    Plaintiff,

vs.

TARGET CORPORATION, a
Foreign Profit Corporation,

    Defendant.

_____/

CASE NO.:
DIVISION:

DATE: 4-30-2021
HOUR: 1435
DEPUTY SHERIFF:

## COMPLAINT

COMES NOW, the Plaintiff, JESSICA BISHOP, by and through her undersigned counsel, and hereby sues the Defendant, TARGET CORPORATION, a Foreign Profit Corporation, and alleges as follows:

1. This is an action for damages in excess of Thirty Thousand One Dollars ($30,001.00).

2. At all times material hereto, the Plaintiff, JESSICA BISHOP, was a resident of Volusia County, Florida.

3. At all times material hereto, the Defendant, TARGET CORPORATION, was a Foreign Profit Corporation, licensed and doing business in the State of Florida.

4. At all times material hereto, the Defendant, TARGET CORPORATION, maintained a business for the purposes of servicing business invitees and social guests, including the Plaintiff, JESSICA BISHOP, and people in the position of the Plaintiff.

5. On or about April 29, 2020, the Plaintiff, JESSICA BISHOP, was a business invitee within the premises of the Defendant, TARGET CORPORATION, Store #T1795 located at 1771 Dunlawton Avenue, Port Orange, Volusia County, Florida, when she slipped on liquid soap that was on the floor, fell, and suffered serious bodily injuries in and about her person.

## Exhibit 1

6. The Defendant, TARGET CORPORATION, had a duty to maintain the subject premises in a reasonably safe condition so as to avoid injury to persons in the position of the Plaintiff, JESSICA BISHOP, and to warn the Plaintiff of dangers which the Defendant, TARGET CORPORATION, knew or had reason to know created an unreasonable risk of harm to the Plaintiff and individuals in the position of the Plaintiff.

7. At the above described time and place, the Defendant, TARGET CORPORATION, negligently maintained the subject premises in a dangerous condition in one or more of the following ways, to wit:

(a) allowing the liquid soap to come to be or remain on the floor in an area where patrons were expected to be and were in fact walking; and

(b) failing to clean the liquid soap on the floor when it knew or should have known of its existence; and

(c) failing to provide patrons, including the Plaintiff, JESSICA BISHOP, and those in the position of the Plaintiff, warning of the dangerous condition created as a result of the liquid soap on the floor.

8. At all times material hereto, the Defendant, TARGET CORPORATION, and/or its agents or employees, knew that such dangerous condition existed, or said condition existed for a sufficient length of time such that the Defendant, TARGET CORPORATION, and/or its agents or employees, should have known of such dangerous condition.

9. The negligence of the Defendant, TARGET CORPORATION, in failing to maintain the subject premises in a reasonably safe condition and in failing to warn the Plaintiff, JESSICA BISHOP, of said dangerous condition was the actual and proximate cause of the injuries sustained by the Plaintiff.

10. As a result, the Plaintiff, JESSICA BISHOP, sustained bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn

https://www.sedgwicksir.com/EditorHTML5/printModule.html    5/10/2021

money, and/or aggravation of a pre-existing condition. The losses are either permanent or continuing and the Plaintiff will suffer such losses in the future.

WHEREFORE, the Plaintiff, JESSICA BISHOP, demands judgment against the Defendant, TARGET CORPORATION, a Foreign Profit Corporation, for damages in excess of Thirty Thousand One Dollars ($30,001.00), exclusive of interest, attorney's fees, and costs, and the Plaintiff demands a trial by jury.

RUE & ZIFFRA

Luis R. Gracia, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
(386) 788-7700
Primary Email: lgracia@rueziffra.com
Secondary Email: dianec@rueziffra.com
Florida Bar #: 0152943
Attorney for Plaintiff